IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **24 HOUR FITNESS USA, INC.** a California corporation dba **24 HOUR FITNESS,** | § § § § | |
| Plaintiff, | § § | NO.  4:11-CV-4279 |
| vs. | § § | |
| **RODERICK BOYD,** | § § § | |
| Defendant. | § § § § | |

**PLAINTIFF 24 HOUR FITNESS USA, INC.'S NOTICE OF ORDER RE: SPECIAL MASTER'S REPORT AND RECOMMENDATION ISSUED BY JUDGE SAMUEL CONTI OF THE UNITED STATES DISTRICT COURT <u>FOR THE NORTHERN DISTRICT OF CALIFORNIA</u>**

Plaintiff 24 Hour Fitness USA, Inc. ("24 Hour Fitness") submits the following Order Re: Special Master's Report and Recommendation ("Order") issued by Judge Samuel Conti of the United States District Court for the Northern District of California on July 5, 2012.  Under Judge Conti's Order, 24 Hour Fitness is precluded from further prosecuting this action before this Court.  Accordingly, 24 Hour Fitness respectfully requests a continued stay of this action until Judge Conti's Order becomes final, or is appealed and thereafter becomes final.

Dated July 11, 2012                                     Respectfully submitted,


                                                        */s/ Scott C. Sherman*
                                                        Steven L. Rahhal (Attorney-in-Charge)
                                                        State Bar No. 16473990
                                                        Federal Bar No. 171044
                                                        Scott C. Sherman
                                                        State Bar No. 24041906

                                                        LITTLER MENDELSON, P.C.
                                                        A PROFESSIONAL CORPORATION
                                                        2001 Ross Avenue
                                                        Suite 1500, Lock Box 116
                                                        Dallas, TX  75201.2931
                                                        214.880.8100 (Telephone)
                                                        214.880.0181 (Telecopier)
                                                        srahhal@littler.com
                                                        ssherman@littler.com

                                                        ATTORNEYS FOR PETITIONER


## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2012, I electronically transmitted the foregoing document to the U.S. District Clerk for the Southern District of Texas, Houston Division, using the ECF system for filing and transmittal of a Notice of Electronic Filing will be sent to the appropriate ECF registrants.


                                                        */s/ Scott C. Sherman*
                                                        Scott C. Sherman